# LAW OFFICE OF THOMAS R. ASHLEY
Robert Treat Center
50 Park Place, Suite 1400
Newark, New Jersey 07102
Tel: (973) 623-0501
Fax: (973) 623-0329
Email: ashleylaw@traesq.com
www.thomasrashleyesq.com

**VIA ECF**

March 7, 2019

Honorable John Michael Vasquez
United States District Judge
United States District Court
United States Post Office & Courthouse
2 Federal Square, Room 417
Newark, New Jersey 07102

**Re:** **United States v. Roy Gillar**
Case Number: 2:17-cr-0544-JMV

Dear Judge Vasquez:

I represent Roy Giller in reference to the above captioned matter. Your Honor ordered on March 5, 2019, that I shall file a letter on the docket by March 8, 2019 indicating that I have personally reviewed all pending motions and supporting documents filed with the Court as to the above captioned matter. I write this letter to respectfully requested a one (1) week extension to Friday, March 15, 2019. I have flu symptoms (sneezing, coughing, chest congestion and fatigue) and have a doctor's appointment with Kevin Bell, M.D., tomorrow at 1pm.

My earnest thanks for your anticipated cooperation in this matter.

Respectfully yours,

Thomas R. Ashley

TRA/mj

cc: Jason S. Gould, AUSA

**So Ordered:**

Judge John Michael Vazquez, U.S.D.J.     Date 3/8/2019