# LAW OFFICE OF THOMAS R. ASHLEY
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400
NEWARK, NEW JERSEY 07102
TEL: (973) 623-0501
FAX: (973) 623-0329

September 24, 2019

Hon. John Michael Vazquez, U.S.D.J.
United States Courthouse
50 Walnut Street
NEWARK, N.J. 07102      VIA ECF-COURTS ONLY

Re:   UNITED STATES v. GILLAR
     Docket No. 17-0544 (JMV)

Dear Judge Vazquez:

In reference to the above pending criminal matter, I represent the defendant Mr. Roy Gillar.
There is presently scheduled a telephone conference for October 03, 2019 commencing at 10:30 A.M.
I am respectfully requesting the Court issue an order permitting Mr. Gillar to travel from Oregon to Newark to arrive on October 01, 2019 and to depart from Newark returning to Oregon on October 05, 2019.

         Respectfully submitted,

         THOMAS R. ASHLEY

         _____/s/_____
         *THOMAS R. ASHLEY, ESQ.*

C:    Mr. R. Gillar

      AUSA JASON GOULD

      ALL COUNSEL OF RECORD

*[Handwritten annotation: "Denied. Mr. Gillar can participate by phone."]*

*[Signed] John Michael Vazquez*

*9/24/2019*

1