# Law Office of Thomas R. Ashley

Robert Treat Center
50 Park Place, Suite 1400
Newark, New Jersey 07102
Tel: (973) 623-0501
Fax: (973) 623-0329

October 16, 2019

Hon. John Michael Vazquez, U.S.D.J.
United States Courthouse
NEWARK, N.J. 07102                    VIA ECF-COURTS ONLY

Re:   UNITED STATES v. GILLAR
      Docket No. 17-0544 (JMV)

Dear Judge Vazquez:

   In reference to the above pending criminal matter, I represent the defendant Mr. Roy Gillar.
   Arraignment on the Second Superseding Indictment has been set for November 01, 2019 commencing at 1:00 P.M.
   I respectfully request that the Court issue an order regarding Mr. Gillar's travel arrangements, that he be permitted to depart Oregon on Wednesday, October 30, 2019 and depart Newark returning to Oregon on Saturday November 02, 2019.
   My sincere gratitude for the Court's consideration.

                                Respectfully submitted,

                                THOMAS R. ASHLEY, ESQ.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 10/17/19

Request denied. Defendant will be permitted to travel one day prior to scheduled court matters which would be 10/31/19, and return one day after the hearing which would be 11/2/19. As to future hearings Counsel for the Defendant shall contact the U.S. Marshal Service directly regarding arrangements for travel as outlined by the Court.

1