# LAW OFFICE OF THOMAS R. ASHLEY
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400
NEWARK, NEW JERSEY 07102
TEL: (973) 623-0501
FAX: (973) 623-0329

November 07, 2019

Hon. John Michael Vazquez, U.S.D.J.
United States Courthouse
NEWARK, N.J. 07102                    VIA ECF-COURTS ONLY

Re:   UNITED STATES v. GILLAR
      Docket No. 17-0544 (JMV)

Dear Judge Vazquez:

In reference to the above pending criminal matter, I represent the defendant Mr. Roy Gillar.

In conjunction with defendant's preparation of pretrial motions a copy of each page of defendant's United States passport, which is currently in possession of Pretrial Services, is required since defendant submits that the passport entries directly resolve the authenticity of the purported signature of Mr. Gillar on a GMB document produced by the Government in discovery. See attached e-mail dated December 03, 2018 to AUSA Jason Gould.

The Government previously consented to having a copy of defendant's passport provided to the undersigned. See attached e-mail dated December 03, 2018 from AUSA Jason Gould.

My prior request for this passport copy was rejected by Pretrial Services Officer Vincent Imbrosciano, who advised that a court order was required for him to produce the copy. See attached copy of e-mail dated November 30, 2018 from Vincent Imbrosciano.

Accordingly, I respectfully request that the Court please issue an order requiring Mr. Imbrosciano produce and transmit to the undersigned a legible copy of each page of defendant Gillar's passport (including front and back cover) within 10 days of entry of the order.

Respectfully submitted,

*[signature]*

THOMAS R. ASHLEY, ESQ.

C: Mr. R. Gillar

AUSA JASON GOULD

ALL COUNSEL OF RECORD

Granted with the following limitation. Mr. Gillar may have a copy of the front of his passport along with any page containing his signature.

So Ordered.

*[signature]*

John Michael Vazquez, U.S.D.J.

Date: 11/7/19

Compose

Find messages, documents, photos or people

← Back  ⤺ ⤻ ↑  📁 Archive  ▸ Move  🗑 Delete  ⊗ Spam  ⋯  ⇅

USA v GILLAR  4                                                         Yahoo/Inbox

Inbox  202

Unread

Starred

**CA**  **Chris G. Alevras**  FYI SEE ATTACHED RE YOUR REQUEST TO   📎   Dec 3, 2018 at 1:27 PM

Drafts

**GU**  **Gould, Jason (USANJ)**  Chris, Tom already consented to my   📎   Dec 3, 2018 at 1:33 PM

Sent

Archive  **CA**  **Chris G. Alevras**  Ashley's understanding is that the passport will c   Dec 3, 2018 at 1:38 PM

Spam

Trash    **GU**  **Gould, Jason (USANJ)** <jason.gould3@usdoj.gov>   📇   Dec 3, 2018 at 4:19 PM
         To: Chris G. Alevras
∧ Less   Cc: ashleylaw@traesq.com

Views           Hide

         Chris,
 Photos

📄 Documents   I consent to Mr. Ashley receiving that information from pretrial services for the express purpose
               of using it as evidence at trial.  Thanks.
✂ Deals

🧾 Receipts    Jason

🛒 Groceries

✈ Travel       > Show original message

Folders         Hide

+ New Folder

Trash

∧ Less

Views

☐ Photos

☐ Documents

☐ Deals

☐ Receipts

☐ Groceries

☐ Travel

Folders

+ New Folder

Hide

✓ Hide original message

——— Forwarded Message ———
From: "Vincent_Imbrosciano@njpt.uscourts.gov" <Vincent_Imbrosciano@njpt.uscourts.gov>
To: Chris G. Alevras <cgalaw300@yahoo.com>
Cc: Gould Jason (USANJ) <jason.gould3@usdoj.gov>
Sent: Friday, November 30, 2018, 3:58:31 PM EST
Subject: Re: USA v GILLAR

Hello Chris,

A court order signed by the judge is needed to provide this information. Thanks.

Vincent Imbrosciano
U.S. Pretrial Services Officer
District of New Jersey
973-645-6427 (phone)
888-266-7165 (fax)

Hide

On Nov 30, 2018, at 3:15 PM, Chris G. Alevras <cgalaw300@yahoo.com> wrote:

**From:** Chris G. Alevras <cgalaw300@yahoo.com>
**Sent:** Monday, December 3, 2018 1:39 PM
**To:** Gould, Jason (USANJ) <JGould1@usa.doj.gov>
**Subject:** Re: USA v GILLAR

Ashley's understanding is that the passport will directly prove that on the date of a notarized statement, purporting to show Gillar was in Elizabeth New Jersey with his signature notarized by a Ms Perez, he was still in Thailand and didn't return to the US until about 8 days thereafter thereby disproving the validity of that notarization.

CGA

On Monday, December 3, 2018, 1:33:08 PM EST, Gould, Jason (USANJ) <Jason.Gould3@usdoj.gov> wrote:

Chris,

Tom already consented to my request for a week's extension (see attached email), which is in conflict with this letter. In any event, I've already submitted a letter request to the Court, so you should let the Court know your position.

Inbox    202
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
∧ Less

Views                    Hide
🖼 Photos
📄 Documents
✂ Deals
🧾 Receipts
🛒 Groceries
✈ Travel

Folders                  Hide
+ New Folder

Compose