# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. John Michael Vazquez |
| v. | : | Crim. No. 17-544 |
| ROY J. GILLAR, | : | |
| Defendant. | : | ORDER |
| | : | |

This matter was initiated by Defendant Roy Gillar's emergent motion to, among other things, relocate his residence from Oregon to New Jersey. D.E. 299. The motion was filed on January 14, 2020, and Gillar indicated that he needed to relocate by February 1, 2020. In support of his motion Defendant Gillar certified that his mother was moving to a residence in Arizona (from Oregon) and that Gillar was "ineligible to reside there [Arizona]." *Id.* at 5 ¶ 14. Gillar's certification was dated January 13, 2020. The Court thereafter held a telephone conference with the parties, D.E. 301; considered the opposition letter from the Government; and ordered on January 22, 2020 that Gillar could relocate from Oregon to New Jersey so long as the U.S. Pretrial Services Office ("Pretrial Services") approved the New Jersey residence, D.E. 306. On or about January 29, 2020, it appears that Pretrial Services was notified that Gillar had planned to relocate to Arizona with his mother on January 31, 2020. The Court then held a telephone conference with counsel and Pretrial Services on January 31, 2020. The Court indicated that it would hold a hearing on February 5, 2020 at 10:30 a.m. to determine whether Defendant Gillar made an intentional and/or knowing misrepresentation in his January 13, 2020 certification. For the foregoing reason, and for good cause shown,

It is on this 31st day of December 2020, hereby

**ORDERED** that the Court will hold a hearing on February 5, 2020 at 10:30 a.m.; and it is further,

**ORDERED** that Defendant Roy J. Gillar will be permitted to travel from Oregon on February 4, 2020 to attend the scheduled February 5, 2020 hearing.


s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ, U.S.D.J.