## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

United States of America  :  Criminal No.17-544-03 (JMV)

  :

v.

  :  **ORDER OF DETENTION**

Roy Johannes Gillar,

    Defendant  :

The United States Marshal Service is directed to take defendant, Roy Johannes Gillar into their custody pending further order of this court.

SO ORDERED.

_____
JOHN MICHAEL VAZQUEZ, U.S.D.J.

Date: 10/21/2022