**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Appeals Division*

*Steven G. Sanders*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2846*

October 17, 2025

**BY ECF**

Honorable Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *United States v. Gillar et als.*, Crim. No. 17-544**

Dear Judge Salas:

The Government opposes the motion by Defendant Roy Gillar, under 18 U.S.C. § 3583(e)(2), to modify his conditions of supervised release to permit international travel between November 15 and December 15, 2025.

Section 3583(e) requires this Court to consider, among other factors, the need for the sentence imposed to provide restitution to victims of the offense, specifically citing 18 U.S.C. § 3553(a)(7). Although Mr. Gillar has completed the custodial portion of his sentence, he has just begun his term of supervised release and faces an extant restitution judgment in excess of $1 million. The Probation Officer supervising Mr. Gillar opposes the request for reasons he will make clear to this Court. Because of that opposition, the Government opposes the motion as well.

We thank the Court for its consideration.

Very truly yours,

TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

By: s/ Steven G. Sanders
Trevor A. Chenoweth
Assistant U.S. Attorneys

cc: Alison Brill, Esq.
(by email and ECF)