**FEDERAL PUBLIC DEFENDER**
DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

800 COOPER STREET • SUITE 350 • CAMDEN, NEW JERSEY 08102 • (856) 282-5490

October 30, 2025

Honorable Esther Salas
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

***Filed via ECF***

Re: *United States v. Jerrid Douglas, Harold Mignott, and Roy Johannes Gillar,*
Crim. No. 17-544 (ES)
Request for status conference

Dear Judge Salas:

Briefing is now complete on the motion to compel filed jointly by Defendants Jerrid Douglas, Harold Mignott, and Roy Johannes Gillar. *See* ECF Nos. 769, 778, 781. Defendants have also filed a consent motion to unseal. ECF No. 780.

Defense counsel and the government continue to meet and confer in an effort to resolve the case. As for document production, the government has not given a timeline on when it will turn over relevant materials that are not classified or how it proposes to address discoverable materials that are classified.

The Defendants have been living with this case and now its aftermath for nearly 10 years, and have also stayed their appeals for these proceedings. In connection with the motion to compel and in the interest of moving this case, Defendants request that the Court schedule a status conference for the week of November 10, 2025.

Respectfully submitted,

GELBER & SANTILLO PLLC
/s/ Kristen M. Santillo
Kristen M. Santillo
Fern Mechlowitz
24 Church Street, 2nd Floor
Montclair, NJ 07042
Tel: (212) 227-4743
ksantillo@gelbersantillo.com

*Counsel for Defendant Jerrid Douglas*

DUANE MORRIS, LLP

/s/ Melissa S. Geller
Melissa S. Geller
Justin D'Elia, Esq.
22 Vanderbilt
335 Madison Ave. 23rd Floor
New York, New York 10017
Tel: (212) 692-1000
msgeller@duanemorris.com

Eric R. Breslin
200 Campus Drive, Suite 300
Florham Park, New Jersey 07932
Tel: (973) 424-2000
erbreslin@duanemorris.com

*Counsel for Defendant Harold Mignott*

s/ Alison Brill
Alison Brill
Assistant Federal Public Defender
800 Cooper Street
Suite 350
Camden, New Jersey 08102
Tel: (609) 489-7457
alison_brill@fd.org

*Counsel for Defendant Roy Johannes Gillar*

cc: Steven G. Sanders and Trevor Chenoweth, AUSAs (by ECF)