**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*Appeals Division*

*Steven G. Sanders*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2846*

June 15, 2026

**BY ECF**

Honorable Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *United States v. Gillar et als.*, Crim. No. 17-544**

Dear Judge Salas:

I enclose for your Honor's signature a motion by the United States under Federal Rule of Criminal Procedure 48(a) to dismiss the Second Superseding Indictment with prejudice, as further prosecution of this matter is no longer in the interests of justice.

We are available to answer whatever questions Your Honor may have.

Very truly yours,

ROBERT FRAZER
U.S. Attorney

By: s/ Steven G. Sanders
Trevor A. Chenoweth
Assistant U.S. Attorneys

cc: All counsel
(by email and ECF)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA

v.

ROY GILLAR
HAROLD MIGNOTT
JERRID DOUGLAS,
*Defendants.*

Hon. Esther Salas, U.S.D.J.

Crim. No. 17-544

**ORDER FOR DISMSISAL**

Pursuant to Federal Rule of Criminal Procedure 48(a) and by leave of Court endorsed hereon, the United States hereby dismisses the Second Superseding Indictment, against defendants ROY GILLAR, HAROLD MIGNOTT, and JERRID DOUGLAS (Crim. No. 17-544, ECF No. 260), which was filed on October 10, 2019, charging defendants with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and related offenses, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is with prejudice.

Robert Frazer
ROBERT FRAZER
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

____________________________
HON. ESTHER SALAS
United States District Judge

Dated: June ___, 2026