**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

July 21, 2026

Electronically Filed
Honorable Esther Salas, U.S.D.J.
United States District Court
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *United States v. Roy Johannes Gillar et al.*, Crim. No. 17-544

Dear Judge Salas:

Attached please find a Vacatur of Final Order of Forfeiture for the Court's consideration and endorsement.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: Trevor A. Chenoweth
Steven G. Sanders
Assistant United States Attorneys

(Enclosure)

cc w/ encl.: All counsel of record (by ECF)