2016R00510/PAL/jw

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ROY JOHANNES GILLAR, et al.<br><br>Defendants | :<br><br>:<br><br>:<br><br>: | Hon. Esther Salas<br><br>Crim. No. 17-544<br><br>VACATUR OF FINAL ORDER OF FORFEITURE |

WHEREAS, on or about May 8, 2024, the Court entered a Final Order of Forfeiture (As to Specific Property) (Doc. 744) (the "Final Order"), which ordered the forfeiture to the United States of the following property:

1. The contents of account #[redacted]8213 in the name of A.B.T.D LLC at Bank of America NA, seized on or about April 18, 2017;

2. The contents of account #[redacted]0067 held in the name of ABTD, LLC at TD Bank seized on or about April 18, 2017;

3. The contents of account #[redacted]0075 held in the name of Roy Johanes Gillar at TD Bank, seized on or about April 18, 2017;

4. The contents of account #[redacted]1561 held in the name of Roy J. Gillar at Wells Fargo Bank NA, seized on or about April 18, 2017;

5. The contents of account #[redacted]7872 held in the name of Gillar Worldwide Group, LLC at Wells Fargo Bank NA, seized on or about April 18, 2017;

6. The contents of account #[redacted]5899 held in the name of Harold Mignott at Wells Fargo Bank NA, seized on or about April 19, 2017;

7. One Rolex Daytona 18k yellow gold watch, seized on or about April 18, 2017; and

8. $4,696.78 in U.S. Currency, seized on or about April 18, 2017

(collectively, the "Forfeited Property");

WHEREAS, following the entry of the Final Order, on June 17, 2026, the Court Dismissed the Second Superseding Indictment with prejudice (Doc. 793);

WHEREAS, on July 2, 2026, the United States Court of Appeals for the Third Circuit vacated the judgment against Gillar that was entered on June 22, 2023 (Doc. 794); and

WHEREAS, the United States now requests that the Final Order be vacated in its entirety.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. The Final Order is hereby vacated as to the Forfeited Property.

2. The Court retains jurisdiction over all matters concerning this Order, including its interpretation and enforcement.

ORDERED this ______ day of ______________, 2026.

_________________________________
Honorable Esther Salas
United States District Judge